# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE NATIONAL NECA-IBEW LABOR MANAGEMENT COOPERATION COMMITTEE TRUST FUND, THE LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, CONTRACT COMPLIANCE FUND and the SOUTHERN CALIFORNIA IBEW-NECA ADMINISTRATIVE CORPORATION,<br><br>        Plaintiffs,<br>  v.<br><br>SALAHELDIN ABDALLA FADUL, an individual doing business as "S A S Electrical," and SAS ELECTRICAL, INC., a California corporation, | Case No.: 8:18-cv-00605-JVS-DFM<br><br>Assigned to the Honorable James V. Selna<br><br>**JUDGMENT** |

1

**JUDGMENT**

1605765

Defendants.

After full consideration of the pleadings and papers on file in this case, the evidence on record, and the argument of counsel, and GOOD CAUSE APPEARING THEREFORE:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National Electrical Benefit Fund, Trustees of the National NECA-IBEW Labor Management Cooperation Committee Trust Fund, the Los Angeles Electrical Workers Credit Union, Contract Compliance Fund, and the Southern California IBEW-NECA Administrative Corporation, shall recover from Defendants, Salaheldin Abdalla Fadul, an individual doing business as "S A S Electrical," and SAS Electrical, Inc., a California corporation, the principal amount of $171,641.80, attorneys' fees of $60,509.48, and costs of $3,972.75, plus post-judgment interest as provided by law from the date of entry of the judgment herein until paid in full.

Dated: March 14, 2022

UNITED STATES DISTRICT JUDGE
JAMES V SELNA

2
JUDGMENT

1605765